Commonwealth, to use of, Triolo, Appellant,
*v.* Triolo.

Argued June 14, 1971. *Stanley P. Ticktin,* with him *Robert H. Malis,* and *Malis, Tolson & Malis,* for appellant; *Francis P. O'Hara,* with him *Fox, Differ, Mazer & Callahan,* for appellee.

Order affirmed.

County Line Development Corp. Appeal.

Argued June 14, 1971. *Alan E. Boroff,* with him *Wisler, Pearlstine, Talone & Berber,* for appellant; *Alfred O. Breinig, Jr.,* for appellee; *Horace A. Davenport,* Solicitor, for Montgomery County.

Order affirmed.

DeBrabander, Appellant, *v.* Lehigh Valley Industries, Inc.

Argued June 18, 1971. *E. Jerome Brose,* with him *Karl K. LaBarr, Jr.,* and *Brose, Poswistilio & LaBarr,* for appellant; *Edmund P. Turtzo,* for appellee.

Judgment affirmed.